UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:
CHAD JAMES COSSEY
DONIELLE RENEE COSSEY

Case No. 17-15526-CMA

ORDER APPROVING POST-CONFIRMATION MODIFICATION OF PLAN

Debtor(s).

THIS MATTER came before the Court on the Debtor(s) motion for post-confirmation approval of the amended plan ("Motion"). The Court has considered the Motion, the records and files in this case, and the oral argument, if any, and found good cause to grant the Motion.

Now, therefore, it is ORDERED that:

1. The amended plan [Docket No. 50] ("Amended Plan") shall become the plan, pursuant to 11 U.S.C. § 1329(b).

//

//

2. The terms of the previously entered Order Confirming Chapter 13 Plan shall continue to apply except to the extent such terms are inconsistent with the Amended Plan.

/// End of Order ///

Presented by:

/s/Ellen Ann Brown 27992
Counsel, WSBA #
Attorney for Debtor(s)

Order Approving Post-Confirmation Modification of Plan
Local Forms W.D. Wash. Bankr., Form 13-6
Eff. 12/16