**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **In re:**<br>**CHAD JAMES COSSEY**<br>**DONIELLE RENEE COSSEY**<br><br>**Debtors** | No. 17-15526-CMA<br><br>*EX PARTE* ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Debtors are authorized to employ Zach J. Hansen and the law firm of Wattel & York as attorneys in the general administration of a claim including but not limited to any claims for any potential lawsuit for the Joint Debtor for a post petition accident which occurred on November 30, 2018 subject to further hearing and order of the Court.

///end of order///

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtor

No Objection:

/s/ Kingston Bowen
Kingston Bowen WSB 46688
Chapter 13 Trustee Staff Attorney

**BROWN and SEELYE PLLC**
1700 Cooper Point Rd SW #C5
Olympia, WA 98502
253-573-1958