BROWN AND SEELYE , PLLC
SUSAN H. SEELYE, WSB#28825
744 S. FAWCETT
(253) 573-1958
1-866-422-6196 Toll free fax

CHAPTER 13
SEATTLE WA

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON AT SEATTLE

Re: )
)   In Chapter 13 Proceeding
)   No. 17-15526-CMA
CHAD JAMES COSSEY )
DONIELLE RENEE COSSEY )   PROOF OF SERVICE OF AMENDED
    Debtor(s) )   NOTICE, MOTION AND PROPOSED
)   ORDER TO APPROVE SETTLEMENT
)   AND APPROVE DEBTOR'S
)   EXEMPTION
)
_____ )

COMES NOW Ellen Ann Brown and states as follows:

I mailed a copy of the above referenced Debtor(s) Amended Notice of Hearing, Motion and Proposed Order on Motion to Approve Settlement and Approve Debtor's Exemption in the above-referenced case, postage prepaid, us mail, to the Debtor(s) and all creditors on the attached mailing matrix.I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed at Tacoma, WA September 26, 2020.

/s/ Ellen Ann Brown
_____
Ellen Ann Brown

PROOF OF SERVICE    1

BROWN and SEELYE PLLC
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958