**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON**

| | |
|---|---|
| **Re**<br><br>**CHAD JAMES COSSEY**<br>**DONIELLE RENEE COSSEY**<br>**Debtor.** | **In Chapter 13 Proceeding**<br>**No. 17-15526-CMA**<br><br>**ORDER GRANTING MOTION TO**<br>**MOTION TO APPROVE SETTLEMENT AND**<br>**TO APPROVE DEBTOR(S) EXEMPTIONS** |

It is ORDERED that the Debtor(s) Motion to Approve Settlement in the personal injury case against Juan Huerta Pelayo and Teresa Montiel Guterrez and their principals, agents and assigns for a date of loss of November 30, 2018 in the gross amount of $50,000, attorney fees of $16,666.67, costs advanced of $5430.65 and with funds to be paid out of $14,431.72 leaving a

net amount to joint debtor of $13,470.97 is approved.   Joint Debtor's exemption of $13,470.97 for this claim is also approved.

///END OF ORDER///

Presented by:


/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtors

BROWN & SEELYE
744 S FAWCETT AVE
TACOMA, WA 98402
253-573-1958